# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERTA REINITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KELLOGG SALES COMPANY,<br><br>Defendant. | Case No.  1:21-cv-1239-JES-JEH<br><br>The Honorable James E. Shadid |

### DEFENDANT KELLOGG SALES COMPANY'S
### MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendant Kellogg Sales Company hereby moves: (1) to dismiss Plaintiff's Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted; and (2) to dismiss Plaintiff's request for injunctive relief for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1). Kellogg seeks dismissal with prejudice and without leave to amend.

Kellogg's motion is based on this motion, the accompanying Memorandum of Law, the Declaration of Alexander M. Smith and Exhibit A thereto, any reply or supplemental briefing Kellogg may submit, and any further evidence or argument (including oral argument) that the Court may invite Kellogg to present in connection with this motion.

WHEREFORE, Kellogg respectfully requests that the Court dismiss Plaintiff's Class Action Complaint with prejudice and without leave to amend.

Dated: January 13, 2022

Respectfully submitted,

By: /s/ Dean N. Panos
Dean N. Panos
Jenner & Block LLP
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654
Tel.; (312) 222-9350
Fax: (312) 527-0484

Alexander M. Smith
Jenner & Block LLP
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199

Attorneys for Defendant
Kellogg Sales Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on January 13, 2022 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: January 13, 2022                                   By:      /s/ Dean N. Panos
                                                                         Dean N. Panos